■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN A. PEREZ, Appellant. [716 NYS2d 329] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Gazzillo, J.), rendered May 6, 1999, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., S. Miller, McGinity, Luciano and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK PRUITT, Appellant. [716 NYS2d 888] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 1, 1993 (*People v Pruitt,* 190 AD2d 692, *cert denied* 510 US 880), affirming a judgment of the Supreme Court, Queens County, rendered February 21, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Santucci, JJ., concur.